

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| WAL-MART STORES, INC. AND | | No. 08-19-00052-CV |
| WAL-MART ASSOCIATES, INC., | § | |
| | | Appeal from the |
| Appellants, | § | |
| | | 168th District Court |
| V. | § | |
| | | of El Paso County, Texas |
| DAMIAN OCHOA, | § | |
| | | (TC# 2017DCV3151) |
| Appellee. | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the joint motion to dismiss the appeal, and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. Costs of this appeal are taxed against the party incurring same. *See* TEX.R.APP.P. 42.1(d). This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF APRIL, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.